SIGNED.

Dated: February 28, 2017

*[signature]*
**Paul Sala, Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In Re: | ) Case No. 2:08-bk-03098-PS |
| | ) |
| BOSWORTH, MARK and | ) Chapter 7 |
| BOSWORTH, LISA ANN, | ) |
| | ) **ORDER FOR PAYMENT OF** |
| | ) **UNCLAIMED FUNDS TO U.S.** |
| Debtors. | ) **BANKRUPTCY COURT** |

Upon the Application for Order for Payment of Unclaimed Funds to the United States Bankruptcy Court and good cause appearing,

**IT IS HEREBY ORDERED** that the Trustee pay over the amount of $5,130.41 the Clerk of the Court pursuant to Bankruptcy Rule 3010 and §347 of the Bankruptcy Code.

DATED AND SIGNED ABOVE BY THE
HONORABLE PAUL SALA
U.S. BANKRUPTCY COURT JUDGE